# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Milwaukee Electric Tool Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto,

Case Number: 1:25-cv-00273

An appearance is hereby filed by the undersigned as attorney for:
Shenzhen Shi Chengxinqi Keji Youxian Gongsi

Attorney name (type or print): David Silver

Firm: BAYRAMOGLU LAW OFFICES, LLC

Street address: 1540 West Warm Springs Road, Suite 100

City/State/Zip: Henderson, Nevada 89014

Bar ID Number: 15641
(See item 3 in instructions)

Telephone Number: 702.462.5973

Email Address: david@bayramoglu-legal.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No
Are you a member of the court's general bar? ☑ Yes ☐ No
Are you a member of the court's trial bar? ☐ Yes ☑ No
Are you appearing *pro hac vice*? ☐ Yes ☑ No
If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 25, 2025

Attorney signature: S/ David Silver
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023