# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Milwaukee Electric Tool Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto,<br><br>    Defendants. | **Case No. 1:25-cv-00273-TMD-YBK**<br><br>**Hon. Judge Thomas M. Durkin**<br>**Hon. Magistrate Judge Young B. Kim** |

## DEFENDANT SHENZHEN SHI CHENGXINQI KEJI YOUXIAN GONGSI'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Shenzhen Shi Chengxinqi Keji Youxian Gongsi ("Defendant"), by and through its counsel Bayramoglu Law Offices, LLC, have met and conferred with counsel for Plaintiff Milwaukee Electric Tool Corporation ("Plaintiff") regarding an extension of time to file a responsive pleading.

Plaintiff filed its Complaint on January 9, 2025 (Dkt. 1). The summons was returned executed on February 5, 2025 (Dkt. 22). While no answer deadline is explicitly stated on the docket, Defendant does not wish to run afoul of any deadlines to respond. Counsel for Plaintiff does not oppose the present motion by Defendant for an extension of time to file a responsive pleading to March 28, 2025.

The extension allows the parties to explore the possibility of a resolution. Defendant does not believe that Plaintiff will be prejudiced by this extension, particularly because there is already a preliminary injunction order in place. No other counsel has appeared as of this filing for any other defendant and there will be no conflict with other pending motions or deadlines. Defendant

1

DEFENDANT SHENZHEN SHI CHENGXINQI KEJI YOUXIAN     Case No. 1:25-cv-00273-TMD-YBK
GONGSI'S UNOPPOSED MOTION FOR EXTENSION OF TIME

is also willing to attend the status hearing on March 6, 2025 to provide the Court with a status update.

Therefore, Defendant respectfully requests that the Court grant its extension until March 28, 2025 to file its responsive pleading to Plaintiff's Complaint.

DATED: February 25, 2025

Respectfully submitted,

By: */s/David Silver*
David Silver, Esq.
**BAYRAMOGLU LAW OFFICES, LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
david@bayramoglu-legal.com
T: 702.462.5973

*Counsel for Defendant Shenzhen Shi Chengxinqi Keji Youxian Gongsi (Defendant No. 91)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ David Silver*
DAVID SILVER, ESQ.