IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　Defendants. | Case No.: 1:25-cv-00273<br><br>District Thomas M. Durkin<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Milwaukee Electric Tool Corporation hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 25 | DONGPUCUN | A2OUSK103HS6E5 |
| 72 | miaohai-US | A28ZHLH0YLSBTU |
| 82 | new zealand (aka nuogedianzikeji) | A1C93B8R0BOUC5 |
| 90 | Rockattaincreate | A3GIE0B480WSA |
| 139 | BELLA's | 102495209 |
| 144 | Cassaker | 101629090 |
| 155 | EIROUOWE | 102479048 |
| 174 | HiFiree | 101552869 |
| 233 | ZQH | 101690646 |

| | |
|---|---|
| DATED: February 28, 2025 | Respectfully submitted,<br><br>*/s/ Peter Krusiewicz*<br>Matthew A. Werber (Ill. # 6287658)<br>mwerber@nixonpeabody.com<br>Peter Krusiewicz (Ill. # 6342444)<br>pkrusiewicz@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>70 W. Madison St., Suite 5200<br>Chicago, IL 60602<br>Tel: (312) 977-4400<br>Fax: (312) 977-4405<br><br>***ATTORNEYS FOR PLAINTIFF*** |