## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Milwaukee Electric Tool Corporation, | Case Number: 25-cv-273 |
| | Honorable Thomas M. Durkin |
| Plaintiff, | |
| v. | |
| The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, | |
| Defendants. | |

## (UNOPPOSED) FIRST MOTION OF DEFENDANT
## FOR EXTENSION OF TIME TO ANSWER OR PLEAD

NOW COMES the Defendant, 50 HUIYI STORE (A29W0D8G0JSAOR), ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to respond to the Complaint. In support:

1. This is the first extension motion filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint, and further, counsel was just recently retained in this matter.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to March 24, 2025.

6. The Plaintiff stated it does not expect to oppose this Motion.

WHEREFORE, for the foregoing reasons, Defendant 50 HUIYI STORE (A29W0D8G0JSAOR), respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to March 24, 2025.

March 3, 2025            Respectfully submitted,

                               s/ Christopher Keleher

                               Christopher Keleher
                               The Keleher Appellate Law Group, LLC
                               1 East Erie St., Suite 525
                               Chicago, IL 60611
                               312-448-8491
                               ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on March 3, 2025 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com