IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Milwaukee Electric Tool Corporation, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:25-CV-00273 |
| The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, | ) ) ) ) ) | Honorable Judge Thomas M. Durkin |
| Defendants. | ) ) ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND**

Defendants Tujuezity-US, Xiocuna, Yapdi-us, and Sinbuy-EU (collectively "Defendants") respectfully move this Court for an extension of time, up to and including March 24, 2025, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to answer or otherwise respond in this matter was February 26, 2025. Dkt. No. 22.

2. Plaintiff and Defendant have been conducting a good faith settlement negotiation, and additional time is needed to reach a settlement agreement.

3. Defendants request an extension of time until March 24, 2025, to answer, or otherwise respond to the complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is Defendants' first extension of time request. This motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion and extend the deadline by which Defendants are to answer, or otherwise respond to, the complaint in this matter, up to and including March 24, 2025.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Timothy T. Wang*
Timothy T. Wang
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 615
Dallas, TX 75231
Telephone: (972) 331-4603
Fax: (972) 314-0900
twang@nilawfirm.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On March 3, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang