Huicheng Zhou Esq.
Alioth Law LLP
One Park Plaza, Suite 600
Irvine, CA 92614
huicheng.zhou@aliothlaw.com
Tel: (909) 284-1929

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Milwaukee Electric Tool Corporation, | Case No. 25-cv-00273 |
| Plaintiff, | |
| v. | Judge: Thomas M. Durkin |
| The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto | |
| Defendants, | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Defendant Akkubici ("Defendants" hereinafter), by and through its undersigned counsel, hereby moves for an extension of twenty-one days from March 5, 2025 to respond to the Complaint (D.E. #1), though and including March 26, 2025, and in support thereof state as follows:

1. On January 9, 2025, Plaintiff filed its Complaint. (D.E. #1)

2. On February 5, 2025, Plaintiff reported Return of Service. (D.E. #22)

3. Defendant has recently retained counsel, and it is necessary to allow sufficient time for the counsel to gather relevant information, review the facts and applicable laws, in order to prepare a comprehensive responsive response.

4. Defendant has not previously requested an extension of time from this Court.

-1-

-2-

5. Defendant's counsel has communicated with the Plaintiff's counsel on the proposal of extension of time via email on March 5, 2025. Plaintiff's counsel did not oppose the request.

6. Good cause exists to grant this motion. Defendant's request for additional time to respond to the Complaint in this motion is not intended to cause undue delay. Moreover, no party will be prejudiced by the relief requested herein.

**WHEREFORE**, Defendant respectfully requests that the Court grant this motion and extend the time for Defendant to respond to the Complaint for twenty-one days from March 5, 2025 to respond to the Complaint (D.E. #1), though and including March 26, 2025, and grant such further relief as the Court deems just and proper.

Respectfully submitted this 6th day of March 2025.

By: /s/ Huicheng Zhou
*Attorney for Defendant Akkubici*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff and all CM/ECF participants.

Date: March 6, 2025

>Respectfully submitted
>By: /s/ Huicheng Zhou
>*Attorney for Defendant Akkubici*