**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00273<br><br>District Judge Thomas M. Durkin<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Milwaukee Electric Tool Corporation hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 1 | Tilin Tech f/k/a Account Tech | A2X4M35DXUAUM1 |
| 7 | Beautlinks in USA | A39NU4I5HMFONB |
| 13 | Bull tech inc | A2KKOF30MK8V70 |
| 14 | Byc warehouse | A2ETX6HP35EXMK |
| 27 | Elecmie | A1Y8ZEFZI4MONL |
| 61 | Kulatiom Direct | AGUXAU9EV6DG2 |
| 63 | LEERHEN | A2KEH2UCE2QA7C |
| 83 | OVECOPO | A2Y6ESKE3K0HBR |
| 85 | POFGVTWNY | A7KLM16Q73L86 |
| 100 | Tai Jing Tech | A15RV6ZFVGLFYP |
| 104 | TSKYBEAR INC. | A3ETKE9XM24CWO |
| 122 | YOU SEE (aka GWELEC) | A2BB4S1F3G7WDA |

- 2 -

| No | Seller Name | Seller ID |
|-----|-------------|-----------|
| 164 | Freewindy | 10001637761 |
| 202 | ruichenyangrun | 10002523291 |
| 213 | SSKFHGI | 10001672865 |
| 230 | Yuntuo0813_Persever CO. ltd | 10001192932 |

DATED: March 21, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Peter Krusiewicz*
　　　　　　　　　　　　　　　　　　　　　Matthew A. Werber (Ill. # 6287658)
　　　　　　　　　　　　　　　　　　　　　mwerber@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　Peter Krusiewicz (Ill. # 6342444)
　　　　　　　　　　　　　　　　　　　　　pkrusiewicz@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　　**NIXON PEABODY LLP**
　　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 5200
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 977-4400
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 977-4405

　　　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***