IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-00273<br><br>District Judge Thomas M. Durkin<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Milwaukee Electric Tool Corporation hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 4 | Ancable Direct | A3SP9D0HBLLG4I |
| 50 | HUIYI STORE | A29W0D8G0JSAOR |
| 68 | LumsingDirect | A1D8IIGJJDFC2M |
| 91 | Shenzhen Shi Chengxinqi Keji Youxian Gongsi | A18RBPUURAK8QM |
| 109 | vopmall | A3RMH4QR2J8FIB |
| 163 | foshanwuyingjiaosiweiyouxia | 10001666192 |

DATED: March 28, 2025            Respectfully submitted,

                                 */s/ Peter Krusiewicz*
                                 Matthew A. Werber (Ill. # 6287658)

        mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*ATTORNEYS FOR PLAINTIFF*