IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-00273<br><br>District Thomas M. Durkin<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF SATISFACTION OF JUDGMENT**

A Default Judgment Order was entered in the above action in favor of Plaintiff Milwaukee Electric Tool Corporation ("Milwaukee") and against certain defendants remaining in the case at the time of the default judgment. Dkt. 80. Milwaukee acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s).

| No | Seller Name | Seller ID |
|---|---|---|
| 8 | BECDXPal | A2SXTP99XI9QCB |
| 9 | Bmcot | A11YIE8258WA70 |
| 20 | Costume | A2JJ3RII751W4Q |
| 55 | JinRunChuanMei | A34FV06UCTM7RZ |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment as to the above-identified Defendant(s).

- 2 -

DATED: May 2, 2025                     Respectfully submitted,

                                                    */s/ Peter Krusiewicz*
                                                    Matthew A. Werber (Ill. # 6287658)
                                                    mwerber@nixonpeabody.com
                                                    Peter Krusiewicz (Ill. # 6342444)
                                                    pkrusiewicz@nixonpeabody.com
                                                    **NIXON PEABODY LLP**
                                                    70 W. Madison St., Suite 5200
                                                    Chicago, IL 60602
                                                    Tel: (312) 977-4400
                                                    Fax: (312) 977-4405

                                                    ***ATTORNEYS FOR PLAINTIFF***

Case: 1:25-cv-00273 Document #: 101 Filed: 05/02/25 Page 2 of 2 PageID #:1347